| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  Daniel Phelps    B. Date of Delivery  4/19/07<br>C. Signature<br>X Daniel Phelps    ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Warden Grantt Culliver<br>Holman Prison<br>Holman 3700<br>Atmore, AL 36503-3700 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>2:07cv307mef<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)     ☐ Yes |
| 2. Article Number (Copy from service label) | 7006 0100 0003 2054 6358 |

PS Form 3811, July 1999          Domestic Return Receipt                    102595-00-M-0952