IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUTHER JEROME WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:07-cv-307-MEF |
| RICHARD ALLEN, *et al.*, | ) ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Defendants' Motion to Dismiss (Doc. #6) filed on May 7, 2007, it is hereby ORDERED as follows:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before May 22, 2007.

2. The defendants may file a reply brief on or before May 29, 2007.

DONE this the 8th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE