IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUTHER JEROME WILLIAMS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, Commissioner )<br>Alabama Department of Corrections, )<br>et al., )<br>)<br>   Defendants. ) | Case No. 2:07-cv-307-MEF-SRW |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS TO ADDRESS THE MAY 21, 2007, MEMORANDUM OPINION IN *GRAYSON V. ALLEN*

Plaintiff Luther Jerome Williams hereby moves for leave to file a supplemental brief, not to exceed seven pages, in further opposition to Defendants' motion to dismiss (Doc. #6) to address issues pertaining to the equitable doctrine of laches in light of this Court's May 21, 2007, memorandum decision in Grayson v. Allen, Case No. 2:06-cv-1032-WKW.[1]

Mr. Williams filed his brief in opposition to Defendants' motion on May 22, 2007, as this Court ordered (*see* Doc. #7), but the 28-page memorandum decision in Grayson, which involves similar issues and arguments, was issued the day before that Court-imposed filing deadline. As such, a short sur-reply or supplemental brief is necessary to allow Mr. Williams to address, for example, the question of what pertinence, if any, the Grayson decision has to the laches analysis in his case.

---

[1] Doc. #77 in Grayson v. Allen, Case No. 2:06-cv-1032-WKW.

1

For the foregoing reasons, this Court should grant Mr. Williams leave to file a supplemental brief, not to exceed seven pages, to address issues pertaining to the equitable doctrine of laches in light of the <u>Grayson</u> decision.

                                                             Respectfully submitted,

                                                             /s/ Joel L. Sogol
                                                              Joel L. Sogol, Esq. (SOG-001)
                                                               811 21st Avenue
                                                                Tuscaloosa, AL  35401
                                                                (205) 345-0966
                                                                Fax:  (205) 345-0971
                                                                jlsatty@wwisp.com

                                                              Counsel for Luther Jerome Williams

Dated: May 22, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22d day of May 2007, I caused a true copy of the within Motion for Leave to File a Supplemental Brief in Opposition to Defendants' Motion to Dismiss to Address the May 21, 2007, Memorandum Decision in <u>Grayson v. Allen</u> to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

| | |
|---|---|
| James Clayton Crenshaw, Esq.<br>(ccrenshaw@ago.state.al.us)<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130 | James William Davis, Esq.<br>(jimdavis@ago.state.al.us)<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130 |

                                          /s/ Joel L. Sogol