IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUTHER JEROME WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-307-MEF |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time to File Response (Doc. #9) filed on May 22, 2007, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before May 29, 2007 and the defendants may file a reply brief on or before June 5, 2007.

DONE this the 23rd day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE