IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUTHER JEROME WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-307-MEF-SRW |
| ) | |
| RICHARD ALLEN, Commissioner ) | |
| Alabama Department of Corrections, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama for Civil and Criminal Cases (effective January 1, 1998), Christopher H. Little, of the law firm Little, Medeiros, Kinder, Bulman & Whitney, P.C., 72 Pine Street, Providence, Rhode Island 02903 (telephone 401-272-8080; facsimile 401-521-3555) respectfully moves for admission *pro hac vice* for purposes of appearing as co-counsel on behalf of Plaintiff Luther Jerome Williams, in this case only, and in support thereof states as follows:

1. Mr. Little is admitted to practice before, *inter alia*, the United States District Court for the District of Rhode Island, which is a district in which he regularly practices law. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the District of Rhode Island; and

2. Contemporaneously with the filing of this request, undersigned counsel has provided the Court with the requisite fee in the total amount of $20.00.

>Respectfully submitted,
>
>_____
>Christopher H. Little, Esq. (R.I. Bar No. 1798)
>LITTLE MEDEIROS KINDER BULMAN &
>WHITNEY, P.C.
>72 Pine Street
>Providence, RI 02903
>Telephone: (401) 272-8080
>Facsimile: (401) 521-3555
>Email: clittle@lmkbw.com,
>
>/s/ Joel L. Sogol_____
>Joel L. Sogol, Esq. (SOG-001)
>811 21st Avenue
>Tuscaloosa, AL 35401
>Telephone: (205) 345-0966
>Facsimile: (205) 345-0971
>Email: jlsatty@wwisp.com
>
>Counsel for Luther Jerome Williams

Dated: May 24, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of May 2007, I caused the within Motion to Appear Pro Hac Vice to be filed with the Court by U.S Mail, postage prepaid, and caused a copy thereof to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

James Clayton Crenshaw, Esq.  
(ccrenshaw@ago.state.al.us)  
Office of the Attorney General  
Alabama State House  
11 South Union Street  
Montgomery, AL 36130  

James William Davis, Esq.  
(jimdavis@ago.state.al.us)  
Office of the Attorney General  
Alabama State House  
11 South Union Street  
Montgomery, AL 36130  

/s/ Joel L. Sogol



**UNITED STATES DISTRICT COURT**
**District of Rhode Island**

**CERTIFICATE OF GOOD STANDING**

I, David A. DiMarzio, Clerk of the United States District Court for the District of Rhode Island,

**DO HEREBY CERTIFY** that **Christopher H. Little** was duly admitted to practice in said Court on July 12, 1976 and is in good standing as a member of the bar of said Court.

Dated at Providence

on May 23, 2007

David A. DiMarzio, Clerk

By /s/ Concetta R. Zinni
Data Quality Administrator



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUTHER JEROME WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:07-cv-307-MEF-SRW |
| RICHARD ALLEN, Commissioner Alabama Department of Corrections, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Christopher H. Little, counsel for Plaintiff Luther Jerome Williams, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES, and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Montgomery, Alabama, this _____ day of _____, 2007.

_____
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF ALABAMA