# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LUTHER JEROME WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:07-cv-00307-MEF-SRW |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Department of | ) |
| Corrections, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF FILING

Defendants, through counsel, hereby give notice that the Alabama Supreme Court has set August 23, 2007, as the execution date for Luther Jerome Williams. That order, which is filed with this notice, was entered on May 21, 2007.

    Respectfully submitted,

    TROY KING
    ALABAMA ATTORNEY GENERAL

    /s/ J. CLAYTON CRENSHAW
    J. Clayton Crenshaw (CRE007)
    James W. Davis (DAV103)
    Assistant Attorney General

OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300 Office
(334) 353-8440 Fax

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of May, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:  **Joel L. Sogol**.

/s/  J. CLAYTON CRENSHAW
J. CLAYTON CRENSHAW
ASSISTANT ATTORNEY GENERAL

OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300 Office
(334) 353-8440 Fax
Email:   ccrenshaw@ago.state.al.us
         jimdavis@ago.state.al.us

IN THE SUPREME COURT OF ALABAMA
May 21, 2007

1901682

Ex parte Luther Williams.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS   (In re: Luther Williams v. State of Alabama)   (Tuscaloosa Circuit Court: CC 88-290; Criminal Appeals: CR-89-0191).

ORDER

The State of Alabama having filed a motion to set an execution date, and the same having been submitted and duly considered by the Court, it is considered that the motion to set an execution date is due to be granted.

IT IS NOW ORDERED that Thursday, August 23, 2007, be fixed as the date for the execution of the convict, Luther Jerome Williams, who is now confined in the William C. Holman Unit of the Prison System at Atmore, Alabama.

IT IS, THEREFORE, ORDERED that the Warden of the William C. Holman Unit of the prison system at Atmore in Escambia County, Alabama, execute the order, judgment and sentence of law on Thursday, August 23, 2007, in the William C. Holman Unit of the prison system, by the means provided by law, causing the death of such convict.

IT IS FURTHER ORDERED that the Marshal of this Court shall deliver, within five (5) days from this date, a certified copy of this order to the Warden of the William C. Holman Unit of the prison system at Atmore, in Escambia County, Alabama, and make due return thereon to this Court.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit forthwith a certified copy of this order to the following:  the Governor of Alabama, the Clerk of the Court of Criminal Appeals, the Attorney General of Alabama, the Commissioner of the Alabama Department of Corrections, the attorney of record for Luther Jerome Williams and the Clerk of the Circuit Court of Tuscaloosa County, Alabama by United States mail, postage prepaid.

IT IS FURTHER ORDERED that the Attorney General of Alabama is directed, forthwith, to notify the United States

District Court for the Middle District of Alabama of this order.

* * * * * * * * *

    I, Robert G. Esdale, Clerk of the Supreme Court of Alabama, do hereby certify the foregoing is a full, true and correct copy of the judgment and order of the Supreme Court of Alabama directing the execution of the death sentence of Luther Jerome Williams as the same appears of record in this Court.

    Given under my hand and the seal of this Court on this date, May 21, 2007.



_____
Robert G. Esdale
Clerk
Supreme Court of Alabama