# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LUTHER JEROME WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:07-cv-00307-MEF-SRW |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Department of | ) |
| Corrections, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COME NOW the undersigned, Corey L. Maze and Jasper B. Roberts, Jr., and enters their appearance as counsel for the State of Alabama in the above-styled cause.

Respectfully submitted,

TROY KING
ALABAMA ATTORNEY GENERAL


/s/ Jasper B. Roberts, Jr.
JASPER B. ROBERTS, JR. (ROB157)
ASSISTANT ATTORNEY GENERAL


/s/ Corey L. Maze
COREY L. MAZE (MAZ003)
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of May, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Joel L. Sogol**.

/s/ Jasper B. Roberts, Jr.
JASPER B. ROBERTS, JR.
ASSISTANT ATTORNEY GENERAL

OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300 Office
(334) 353-3637 Fax
Email:   cmaze@ago.state.al.us
         jroberts@ago.state.al.us