IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUTHER JEROME WILLIAMS, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO.: 2:07-cv-307-MEF-SRW |
| RICHARD ALLEN, *et al.*, | ) |
| DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Motion for a Temporary Stay of Execution (Doc. # 18) filed on June 6, 2007 by Plaintiff Luther Jerome Williams. It is hereby ORDERED as follows:

(1) On or before **June 15, 2007**, Plaintiff Luther Jerome Williams shall file a supplemental brief in support of his Motion for a Temporary Stay of Execution (Doc. # 18) addressing the legal principles set forth in the following cases: *Hill v. McDonough,* 126 S. Ct. 2096, 2104 (2006); *Nelson v. Campbell,* 541 U.S. 637, 649-50 (2004); *Jones v. Allen,* 485 F.3d 635 (11th Cir. 2007); *Diaz v. McDonough,* 472 F.3d 849 (11th Cir. 2006); *Rutherford v. McDonough,* 466 F.3d 970 (11th Cir. 2006). These cases specifically address the requirements which must be satisfied for a stay of execution to be appropriate.

(2) If Defendants intend to oppose the requested stay, they shall file a brief in opposition to Plaintiff's Motion for a Temporary Stay of Execution (Doc. # 18) by no later than **June 29, 2007.**

(3) On or before **July 6, 2007**, Plaintiff shall file his reply, if any.

DONE this the 7th day of June, 2007.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE