IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___Northern___ DIVISION

__Luther Jerome Williams__,  )
                              )
     Plaintiff,            )
                              )
v.                             )   CASE NO. __2:07-cv-00307-MEF-SRW__
                              )
__Richard Allen, et al.__,  )
                              )
     Defendants,      )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Grantt Culliver__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [x] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Holman Correctional Facility | Warden |
|  |  |
|  |  |

__6/20/2007__
Date

/s/ J. Clayton Crenshaw
(Signature)

J. Clayton Crenshaw
(Counsel's Name)

Richard Allen, Grantt Culliver
Counsel for (print names of all parties)

11 South Union Street
Montgomery, AL 36130
Address, City, State Zip Code

(334) 242-7423
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, __J. Clayton Crenshaw_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF System_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __June_____ 20__07__, to:

Joel L. Sogol and Christopher H. Little

_____

_____

_____

_____


6/20/2007                                                       /s/ J. Clayton Crenshaw
    Date                                                                 Signature