IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUTHER JEROME WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-307-MEF-SRW |
| ) | |
| RICHARD ALLEN, Commissioner ) | |
| Alabama Department of Corrections, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Luther Jerome Williams hereby appeals to the United States Court of Appeals for the Eleventh Circuit from: (a) this Court's July 10, 2007 denial of Mr. Williams' motion for a temporary stay of execution; and (b) this Court's July 30, 2007 dismissal of this action with prejudice.

Dated: August 6, 2007

/s/ Joel L. Sogol
Joel L. Sogol, Esq. (SOG-001)
811 21st Avenue
Tuscaloosa, AL  35401
(205) 345-0966
Fax:  (205) 345-0971
Email: jlsatty@wwisp.com

-and-

1

/s/ Christopher H. Little
Christopher H. Little, Esq.  (R.I. #1789)
LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax (401) 521-3555
Email: clittle@lmkbw.com,

Counsel for Luther Jerome Williams

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2007, I caused a true copy of the within Notice of Appeal to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

| | |
|---|---|
| James Clayton Crenshaw, Esq. (ccrenshaw@ago.state.al.us) Office of the Attorney General Alabama State House 11 South Union Street Montgomery, AL 36130 | James William Davis, Esq. (jimdavis@ago.state.al.us) Office of the Attorney General Alabama State House 11 South Union Street Montgomery, AL 36130 |

/s/ Joel L. Sogol