# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 07-13638-P

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 1 0 2007
THOMAS K. KAHN
CLERK

LUTHER JEROME WILLIAMS,

Plaintiff-Appellant,

versus

RICHARD ALLEN,
Commissioner for Alabama
Department of Corrections,
in his official and individual
capacity,

Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

Appellant's emergency motion to expedite briefing is **GRANTED**.

Appellees' brief is due to be filed on or before Wednesday, August 15, 2007.

Appellant's reply brief is due to be filed on or before Friday, August 17, 2007.

Appellant's emergency motion for a temporary stay of execution is **DENIED**.

/s/Joel F. Dubina
UNITED STATES CIRCUIT JUDGE