

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

TELEPHONE

(334) 954-3610

DEBRA P. HACKETT

CLERK

**August 15, 2007**

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA   30303

USDCA NO <u>CV-07-F-307-N</u>

USCA NO <u>07-13638-P</u>

### LUTHER JEROME WILLIAMS VS. RICHARD ALLEN, ET AL.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

___Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [   ]

___First Notice of Appeal:__Yes,___ No    Date(s) of Other Notice_____

Was there a hearing from which a transcript could be made:

__Yes, The Court Reporter(s) is/are

___No                         Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

___IFP_; and/or APPEALABILITY/CPC is pending in this Court.

Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:

_X_ The Appellate docket fee has been paid;__Yes,_X_No:___Date, Receipt#_____

___Appellant has been ___GRANTED;___

__DENIED IFP, Copy of Order enclosed.

___Appellant has been __GRANTED;__DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___Appeal Bond,____ Supersedeas Bond

_X_The District Judge or Magistrate Judge appealed from is Hon:_MARK E. FULLER_

___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

_X_This is a DEATH PENALTY a_____

_____ Certified record on appeal consisting of:

_1_Volume(s) of Pleadings,___ Volume(s) of Transcripts,

__ SEALED ITEMS, ie. ___ PSI(s)____; OTHER____; TAPE(s)____

__ Exhibits:

___Volume (s) of Original Papers

cc:                                        Sincerely,

                                          DEBRA P. HACKETT, CLERK

                                          By:
                                                  Deputy Clerk