IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 21 2007
THOMAS K. ...
CLERK

No. 07-13638-P

LUTHER JEROME WILLIAMS,

                              Plaintiff-Appellant,

versus

RICHARD ALLEN,
Commissioner for Alabama Department
of Corrections, in his official and individual
capacity,

                              Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Alabama

ORDER:

    Appellant's motion for oral argument filed on August 8, 2007, is **DENIED**.

/s/ 
UNITED STATES CIRCUIT JUDGE