# United States Court of Appeals
## For the Eleventh Circuit

No. 07-13638

District Court Docket No.
07-00307-CV-MEF-SRW

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Aug 21, 2007

THOMAS K. KAHN
CLERK

LUTHER JEROME WILLIAMS,

        Plaintiff-Appellant,

versus

RICHARD ALLEN,
Commissioner for Alabama
Department of Corrections,
in his official and individual
capacity,
GRANTT CULLIVER, Warden,
Holman Correctinal Facility,
in his individual and official
capacity,

        Defendants-Appellees.

------------------------------------------------------------------

Appeal from the United States District Court
for the Middle District of Alabama

------------------------------------------------------------------

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: August 21, 2007
For the Court: Thomas K. Kahn, Clerk
By: Pope, Joyce

ISSUED AS MANDATE
SEP 2 0 2007